**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CITY OF WARREN (FIRE        :   No. 217 MAL 2017
DEPARTMENT)              :
                              :
                              :   Petition for Allowance of Appeal from
           v.              :   the Order of the Commonwealth Court
                              :
                              :
WORKERS' COMPENSATION APPEAL  :
BOARD (THOMAS HAINES, DECEASED,  :
BY SHARON HAINES, CLAIMANT)     :
                              :
                              :
PETITION OF: THOMAS HAINES,     :
DECEASED, BY SHARON HAINES,     :
CLAIMANT

**ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.